IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSE DAVENPORT *o/b/o D.H.*, <br> Plaintiff, <br> <br> v. <br> <br> KILOLO KIJAKAZI, *Acting Commissioner of Social Security*, <br> Defendant. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:20-00487-N <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Rose Davenport and against the Defendant Commissioner of Social Security, in accordance with the Memorandum Opinion and Order entered on this date reversing the Commissioner's final decision denying minor child D.H.'s application for Social Security benefits and remanding for further proceedings under sentence four of 42 U.S.C. § 405(g).

**DONE** this the 29th day of March 2022.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**